United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPYDER GAMES LLC, et al.,

Plaintiffs,

v.

BELLA THOMAS,

Defendant.

Case No. 26-cv-00933-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING FOR DEFAULT JUDGMENT**

Re: ECF No. 35

The Court has reviewed Magistrate Judge Thomas S. Hixon's report and recommendation, ECF No. 35, to Plaintiffs' motion for default judgment, ECF No. 21. Plaintiffs served Defendant with the report and recommendation on July 16, 2026. ECF No. 39. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, default judgment against Defendant Bella Thomas is granted.

Plaintiffs are awarded $30,000 in statutory damages and any post-judgment interest that accrues pursuant to 28 U.S.C. § 1961. ECF No. 35 at 21.

The Court also enters the following permanent injunction:

Defendant Bella Thomas and her agents and representatives, and any other persons and entities acting on Defendant's behalf or with her, are permanently enjoined and restrained from:

> (1) using Plaintiffs' Steal a Brainrot game or any of the infringing images and interface layouts, as described in Plaintiffs' Complaint and Motion for Default Judgment;
> (2) using games, images, or interface layouts, which are substantially similar to Plaintiffs' Steal a Brainrot game or its images and interface layouts, as described in Plaintiffs' Complaint and Motion for Default Judgment;
> (3) creating, providing, or offering for download, use, or sale any games substantially similar to Plaintiffs' Steal a Brainrot game;

United States District Court
Northern District of California

(4) authorizing, enabling, or assisting any third party to download, use, or sell Plaintiffs' Steal a Brainrot game;
(5) aiding, assisting, or abetting any other individual or entity in doing any act prohibited above, unless receiving prior written authorization from Plaintiffs.

The Court also orders Thomas to, within 10 business days after receipt of the Court's order, remove all of her infringing games and other infringing content from any website or online platform. If Thomas fails to comply within 10 days, third-party providers are authorized to remove Thomas's infringing games and content.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 28, 2026

JON S. TIGAR
United States District Judge